UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRUCE KING,<br><br>    Plaintiff,<br><br>v.<br><br>CAMDEN IRON & METAL, INC.; EMR ADVANCED RECYCLING, LLC; MY AUTO STORE, LLC; and EMR (USA HOLDINGS), INC.,<br><br>    Defendants. | APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil Rule 6.1(b)]<br><br>Civil Action No. 1:23-cv-04077 |

Application is hereby made for a Clerk's Order extending time within which defendants, Camden Iron & Metal, Inc., EMR Advanced Recycling, LLC, My Auto Store, LLC, and EMR (USA Holdings), Inc. ("Defendants") may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on August 1, 2023 (via waiver of service); and

3. Time to Answer, Move or otherwise Reply expires on October 2, 2023.

Respectfully submitted,

**FISHERBROYLES, LLP**

Dated: September 28, 2023    By:    */s/ Benjamin S. Teris*
    Benjamin S. Teris, Esquire
    100 Overlook Center
    2nd Floor, Princeton, NJ 08540
    Email: Benjamin.Teris@FisherBroyles.com
    Direct/Fax: 856.873.5437
    *Attorneys for Defendants*

## **ORDER**

The above application is ORDERED GRANTED. Defendants Camden Iron & Metal, Inc., EMR Advanced Recycling, LLC, My Auto Store, LLC, and EMR (USA Holdings), Inc. time to answer, move or otherwise reply is extended to October 16, 2023.

ORDER DATED: _____

By: _____
                    Deputy Clerk