IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **BRUCE KING,**<br><br>                        **Plaintiff,**<br><br>      v.<br><br>**CAMDEN IRON & METAL, INC. d/b/a EMR, EMR ADVANCED RECYCLING, LLC, MY AUTO STORE, LLC & EMR (USA HOLDINGS), INC.,**<br><br>                      **Defendants.** | No. 1:23-cv-04077-JHR-MJS<br><br>**CERTIFICATION OF SIDNEY R. STEINBERG, ESQUIRE IN SUPPORT OF UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION** |

**SIDNEY R. STEINBERG, ESQUIRE**, of full age, hereby certifies as follows:

      1.      I am a member of the law firm of FisherBroyles, LLP. My contact information is as follows: One Liberty Place, 1650 Market Street, 36th Floor, Philadelphia, PA 19103. My telephone and facsimile numbers are (610) 806-5060 and my email address is sidney.steinberg@fisherbroyles.com.

      2.      I submit this Certification in support of the application of Defendants Camden Iron & Metal, Inc., EMR Advanced Recycling, LLC, My Auto Store, LLC, and EMR (USA Holdings), Inc. ("Defendants") to permit me to appear and participate, *pro hac vice*, as counsel for Defendants at pre-trial proceedings and at trial of the above-captioned action.

      3.      I live and principally practice law in the Commonwealth of Pennsylvania.

      4.      I have been a member of good standing of the bars of the following courts:

- Bar of the Commonwealth of Pennsylvania, admitted December 19, 1988;
- Supreme Court of the United States, admitted January 10, 1994;
- U.S. Court of Appeals, Third Circuit, admitted January 2, 1992;
- U.S. Court of Appeals, Fourth Circuit, admitted October 26, 1992;

- U.S. District Court for the Eastern District of Pennsylvania, admitted January 19, 1989;

- U.S. District Court for the Middle District of Pennsylvania, admitted November 4, 1988; and

- U.S. District Court for the Western District of Pennsylvania, admitted June 29, 1995.

5. The office maintaining the roll of members of the Bar of the Commonwealth of Pennsylvania is located at Pennsylvania Board of Law Examiners, 601 Commonwealth Ave, Suite 3600, P.O. Box 62535, Harrisburg, PA 17106.

6. The office maintaining the roll of members of the Bar of the United States Supreme Court is located at 1 First Street, NE, Washington, DC 20543.

7. The office maintaining the roll of members of the Bar of the U.S. Court of Appeals, Third Circuit is located at the James A. Byrne U.S. Courthouse, 601 Market Street, Suite 18614, Philadelphia, PA 19106.

8. The office maintaining the roll of members of the Bar of the U.S. Court of Appeals, Fourth Circuit is located at the Lewis F. Powell, Jr. U.S. Courthouse, 1000 E. Main Street, Richmond, VA 23219.

9. The office maintaining the roll of members of the Bar of the U.S. District Court for the Eastern District of Pennsylvania is located at the James A. Byrne U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106.

10. The office maintaining the roll of members of the Bar of the U.S. District Court for the Middle District of Pennsylvania is located at the William J. Nealon Federal Building and U.S. Courthouse, 235 N. Washington Avenue, Scranton, PA 18503.

11. The office maintaining the roll of members of the Bar of the U.S. District Court for the Western District of Pennsylvania is located at the Joseph F. Weis, Jr., U.S. Courthouse, 700 Grant Street, Pittsburgh, PA 15219.

12. Defendants and I have had an attorney-client relationship. I concentrate my practice on the litigation of liability matters similar to the case at bar.

13. Defendants will be prejudiced if I am not allowed to appear pro hac vice in this case since it will lose the benefit of the knowledge and expertise which I have obtained through prior representation.

14. No disciplinary proceedings are pending against me in any jurisdiction and no discipline has been previously imposed against me in any jurisdiction.

15. I affirm that I will notify the Court immediately of any matters affecting my standing at the bar of any other Court.

16. I agree to strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trials and other proceedings. I also understand that upon admission, pro hac vice, I am subject to the orders and amenable to disciplinary action and the civil jurisdiction of this Court and the New Jersey State Bar in all respects as if I were regularly admitted and licensed member of the Bar of the State of New Jersey in good standing.

17. Upon being admitted to appear and participate in this matter, pro hac vice, I shall pay promptly to both the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) for any year in which I continue to appear in this matter and the Clerk of the United States District Court for the District of New Jersey as provided by Local Civil Rule 101.1(c)(3).

18. For the foregoing reasons, I respectfully request that the Court grant Defendant's motion to admit me *pro hac vice* to appear and participate as counsel in this matter pursuant to Local Civil Rule 101.1(c).

I certify that the foregoing statements made by me are true based upon my personal knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                              **FISHERBROYLES, LLP**

Dated: October 11, 2023

Sidney R. Steinberg, Esquire
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103
Phone: (610) 806-5060
sidney.steinberg@fisherbroyles.com