# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRUCE KING,<br><br>    Plaintiff,<br><br>v.<br><br>CAMDEN IRON & METAL, INC. d/b/a EMR, EMR ADVANCED RECYCLING, LLC, MY AUTO STORE, LLC & EMR (USA HOLDINGS), INC.,<br><br>    Defendants. | No. 1:23-cv-04077<br>JHR-MJS<br><br>Civ. RULE 7.1.1 DISCLOSURE OF THIRD-PARTY LITIGATION FUNDING |

Defendants Camden Iron & Metal, Inc. d/b/a EMR, EMR Advanced Recycling, LLC, The Auto Store LLC d/b/a My Auto Store (incorrectly identified as "My Auto Store, LLC") and EMR (USA Holdings) Inc. (collectively "Defendants"), through undersigned counsel, state that no person or entity that is not a party is providing funding to Defendants for some or all of the attorneys' fees and expenses for the litigation on a non-recourse basis in exchange for (1) a contingent financial interest based upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal or bank loan.

Respectfully submitted,

**FISHERBROYLES, LLP**

Dated: October 16, 2023           By:  */s/ Benjamin S. Teris*
                                      Benjamin S. Teris
                                      100 Overlook Center, 2nd Floor
                                      Princeton, NJ 08540
                                      Benjamin.Teris@FisherBroyles.com
                                      856-873-5437

Sidney R. Steinberg *(PHV Pending)*
sidney.steinberg@fisherbroyles.com
333 E. Lancaster Ave. #321
Wynnewood, PA 19096
610-806-5060

*Counsel to Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Litigation Funding Statement has been electronically filed with the Court and is available for viewing and downloading from the ECF System and thereby has been served upon the following counsel of record, electronically:

Ari R. Karpf, Esq.
Samantha Pankey Martin, Esq.
W. Charles Sipio, Esq.
Karpf, Karpf & Cerutti, P.C.
3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020

**FISHERBROYLES, LLP**

Dated:  October 16, 2023    By:  /s/ Benjamin S. Teris
Benjamin S. Teris
100 Overlook Center, 2nd Floor
Princeton, NJ 08540
Benjamin.Teris@FisherBroyles.com
856-873-5437

Sidney R. Steinberg *(PHV Pending)*
sidney.steinberg@fisherbroyles.com
333 E. Lancaster Ave. #321
Wynnewood, PA 19096
610-806-5060

*Counsel to Defendants*