

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

3331 Street Road
Two Greenwood Square, Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
csipio@karpf-law.com

May 20, 2024

**VIA ECF ONLY**

Hon. Matthew J. Skahill
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

   **RE:**  **King v. Camden Iron & Metal, Inc. et al.**
       **No. 23-cv-04077-JHR-MJS**
       *Consent Request to Reschedule Status Conference*

Dear Judge Skahill,

  I represent the Plaintiff in the above-referenced matter. Kindly accept this letter in lieu of a more formal application. The Court has this matter listed for a telephonic status conference on June 3, 2024 at 10:30 AM. I write to respectfully request an adjournment with the consent of defense counsel. The reason for this request is as follows below.

  On the same date as the telephonic conference, I am scheduled for an in-person admission ceremony in the U.S. District Court for the District of Columbia ("D.D.C.") at 9:00 AM. I am uncertain as to how long the ceremony will take. The D.D.C. only permits an attorney to reschedule the admission ceremony twice before forfeiting an admission fee. Unfortunately, I do not believe I will be able to reschedule during the summer due to other professional and personal commitments. As I understand it, the D.D.C. offers only fixed monthly admission dates.

  For these reasons, I respectfully request an adjournment of the status call. If the Court is inclined to grant this request, I am happy to confer with defense counsel on dates that all counsel are available to reschedule. I apologize for any inconvenience this request causes the Court.

  Your Honor's time and consideration in this regard is greatly appreciated. If Your Honor has any questions or concerns, please do not hesitate to have your staff contact my office.

Respectfully submitted,

KARPF KARPF & CERUTTI P.C.

<u>/s/ W. Charles Sipio</u>
W. Charles Sipio

WCS/

cc: Al Counsel of Record via ECF Only